IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH GARWOOD,

    Plaintiff,

vs.                                  CASE NO. 4:08cv454/RS-WCS

CHIEF JUSTICE PEGGY QUINCE,
et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 6). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Complaint (Doc. 1) is dismissed because Defendants are protected by absolute judicial immunity and because the Complaint fails to state a claim upon which relief may be granted.

3. The clerk is directed to close the file.

**ORDERED** on December 2, 2008.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**